**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DENNIS THIGPEN, Jr., | |
| Petitioner, | Civ. No. 22-2371 (GC) |
| v. | |
| PATRICIA MCGILL, | **MEMORANDUM & ORDER** |
| Respondent. | |

**CASTNER, District Judge**

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Previously, this Court denied Respondent's motion to seal an exhibit Respondent attached to her response in opposition to Petitioner's habeas petition without prejudice. (*See* ECF 21). However, that exhibit remained under temporary seal and this Court gave Respondent fourteen days in which to file an amended motion to seal.

On December 13, 2022, Respondent indicated that she no longer wished to pursue sealing that exhibit. (*See* ECF 22). Accordingly, the Clerk will be ordered to lift the temporary seal of Respondent's exhibit at ECF 8.

On August 2, 2022, Petitioner filed a "notice of confidential filing in state court." (*See* ECF 16). That filing was then placed under temporary seal, and Petitioner was notified to file a motion to seal that filing pursuant to Local Rule 5.3(c)(2) within fourteen days. Petitioner though never filed a motion to seal. Given Petitioner's lack of filing a subsequent motion to seal, the Clerk shall also lift the temporary seal for the documents in ECF 16 at this time.

Accordingly, IT IS on this 16th day of December, 2022,

ORDERED that the Clerk shall lift the temporary seals on the documents filed in ECF 8 & 16; and it is further

ORDERED that the Clerk shall serve this Memorandum and Order on Petitioner by regular U.S. mail.

*Georgette Castner*
GEORGETTE CASTNER
United States District Judge